COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ediberto Antonio DeLeon v. The State of Texas

Appellate case number:    01-19-00695-CR

Trial court case number:    83201-CR

Trial court:                        149th District Court of Brazoria County


Appellant has filed a "Motion to Correct the Appellate Record or in the Alternative to Supplement the Appellate Record." Specifically, appellant's motion seeks to have the reporter's record supplemented to include stenographic transcripts of two audio or audio-visual exhibits offered by appellee during trial. Appellee has filed a response in opposition to appellant's motion. Subsequently, appellant filed a reply to appellee's response and supplement to his motion, wherein appellant seeks to supplement the reporter's record with a written transcript of an additional audio-visual trial exhibit offered by appellee.

The exhibits identified by appellant (State's Exhibit 58, State's Exhibit 60, and State's Exhibit 78) are audio or audio-visual exhibits which were admitted in their entirety in the trial court. Each exhibit was included in the reporter's record and is available to this Court in their entirety. During trial, appellant's trial counsel did not contemporaneously request, and the trial court did not order, the court reporter to transcribe the audio or audio-visual recordings played during trial. *See Uniform Format Manual for Texas Reporters' Records,* § 3.20, *available at* http://www.crcb.state.tx.us/pdf/Uniform Format Manual–07012010.pdf ("When audio or audio-visual recordings are played in court, a contemporaneous verbatim record of the proceedings will not be made unless the court so orders.").

Because the reporter's record is complete, appellant's motion and supplemental motion are **denied**.

It is so ORDERED.

Judge's signature: \_\_\_\_/s/ Evelyn V. Keyes\_\_\_\_\_

☑ Acting individually  ☐ Acting for the Court

Date: \_\_\_April 23, 2020\_\_\_\_